No. 524. EL PUEBLO *v.* NIEVES.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en enero 22, 1913. Confirmada la sentencia apelada de octubre 23, 1912. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* La parte apelante no compareció.

---

No. 369. EX PARTE CAMPILLO.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company a nombre del peticionario. Resuelto en enero 23, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.

---

No. 99. GUILLOT *v.* CÓRDOVA, JUEZ DE DISTRITO.—Solicitud para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de San Juan, Sección 1ª. Resuelto en enero 28, 1913. Denegada la expedición del auto de *certiorari* por no determinar la procedencia del remedio los hechos alegados en la solicitud. Abogado del peticionario: *Sr. Hugh R. Francis.* El demandado no se mostró parte.

---

No. 517. EL PUEBLO *v.* CINTRÓN ET AL.—Apelación procedente de la Corte de Distrito de Ponce. Moción del Fiscal desistiendo de la apelación. Resuelto en enero 28, 1913. Desistida la apelación a instancia del Fiscal. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* La parte apelada no compareció.